# United States District Court
## CRIMINAL MINUTES - RE-ARRAIGNMENT

Case No.   **4:07cr56-RH**                               Date:   **May 27, 2008**

**DOCKET ENTRY:**  Change of Plea Hearing                          9:28 - 11:20 a.m.
    Spanish Interpreter Yolanda Givens previously designated
    Consent to plea before Magistrate Judge entered
    Change of Plea entered  - R&R to be entered
    Sentencing set for August 27, 2008 at 10:00 a.m.

**PRESENT:**   HONORABLE WILLIAM C. SHERRILL, JR, UNITED STATES MAGISTRATE JUDGE

| Angie Maxwell | Janet Williams | Mary Clarke | Corey Smith |
|---|---|---|---|
| Deputy Clerk | USPO | Tape No./Court Reporter | Asst. U.S. Attorney |

U.S.A. vs.   **CARLOS ANDRES MONSALVE**
    _X_ present  _x_ custody  ___ O/R

    **Cliff Davis**                            _X_ Apptd.  ___ Retained  _X_ present
    Attorney for Defendant

**PROCEEDINGS:**

___  Waiver of Indictment Filed

___  Information Previously Filed

___  Defendant is ARRAIGNED and specifically advised of his/her rights.

_X_  Defendant Advised of Minimum and Maximum Sentence

_X_  Written Plea Agreement with incorporated Statement of Facts

_X_  Written Statement of Facts

_X_  Adjudication Withheld Pending Sentencing

_X_  Court to enter Report and Recommendation that District Judge Accept Plea

___  Defendant Adjudicated Guilty on Count(s) _____

_X_  Defendant States True Name is   **Carlos Andres Monsalve**

_X_  Court Questions Defendant Regarding His Physical and Mental Condition, and Advises Defendant of the Nature and Possible Consequences of Said Plea

_X_  Consent to Proceed Before A Magistrate Judge

_X_  Defendant PLEADS   _X_ Guilty Count(s)   **1 (objects 2,3,4), 5-11 of Indictment**
                        ___ Not Guilty Count(s) _____

_X_  Referred to Probation Officer for Pre-Sentence Report

_X_  Sentencing set for:   **August 13, 2008 at 10:00 a.m.**